AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

United States District Court
Southern District of Texas
FILED

MAY 1 6 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Alberto Reyes-Rios, YOB: 1988 MXC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-15-0772-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __05/16/2015__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 177.5 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 177.5 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

_____
Signature of Complainant
Cosme Muniz, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

May 16, 2015                4:06 pm At              McAllen, Texas
Date                                                 City and State

Peter Ormsby, U.S. Magistrate Judge                  _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

## Attachment

On May 16, 2015, at approximately 4:00 am, Border Patrol Agents Omar Vidal and Mark D. Joffre began conducting watch operations in the area south of Lopez Avenue in La Rosita, Texas due to a high volume of narcotics smuggling in the area from Mexico into the United States. BP Agent Mark D. Joffre set up in a concealed location near Alvarez Fields by a trail commonly used by narcotics smugglers to travel with contraband. At approximately 6:30 am, BP Agent Joffre observed approximately eight (8) individuals traveling east on the trail. BP Agent Joffre contacted BP Agent Vidal and advised that be observed the individuals carrying bundles of suspected narcotics.

BP Agent Joffre left his concealed position and ran up behind the group of individuals. As Agent Joffre made contact with the last subject (later identified as Alberto REYES-Rios, he noticed REYES-Rios was carrying a bundle on his back so he identified himself as a United States Border Patrol Agent and illuminated the group with his flashlight. Agent Joffre was able to arrest REYES-Rios, but the rest of the individuals dropped the bundles they were carrying and ran away. Agent Joffre advised REYES-Rios of his Miranda Rights in Spanish and observed that REYES-Rios still had the bundle on his back as he was arrested. Additional BP Agents arrived on scene to search for the other individuals, but no one else was located. BP Agents located approximately six (6) separate bundles at the scene where REYES-Rios was taken into custody. The bundles were taken to the Rio Grande City, Texas Border Patrol Station for processing. The bundles field tested positive for presumptive marijuana and weighed approximately 177.5 kilograms.

On May 16, 2015, at approximately 9:30 am, Task Force Officers Cosme Muniz, Rick Ruiz, Carlos Mireles, and Gilberto Vazaldua responded to the Rio Grande City Border Patrol Station where Alberto REYES-Rios was being processed and held. Alberto REYES-Rios was advised of his Miranda Rights in Spanish and waived his rights at that time. REYES-Rios advised that he was offered approximately $200 US Currency to transport the marijuana into the United States. REYES-Rios advised Agents that he was to drop off the marijuana in the United States and then was going to continue north illegally.